**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MYPRIVATEDOC, et al.,<br><br>　　　　　Defendants. | No. CIV 02-1035-PHX-DKD<br><br>**PARTIAL JUDGMENT REGARDING THE INTEREST OF PATRICK DIXON AND RELATED TO DEFENDANTS NUMBER 10, 11, 12, 13 and 14** |

　　　The Court has reviewed the "Stipulation for Settlement Regarding the Interest of Patrick Dixon" entered into between the United States and Claimant PATRICK DIXON and filed with the Court on September 30, 2002. *See* Doc. #64. In an Order filed November 20, 2002, the Court approved certain terms and conditions of the Stipulation in its Partial Judgment. *See* Doc. #70. However, absent from that Order were terms and conditions agreed to by the parties in the September 30 Stipulation regarding the interest of Claimant Patrick Dixon in defendants number **10, 11, 12, 13 and 14**. *See* Doc. #64, ¶¶ 10, 11, 12, 13, 14, 15, 18.

　　　**IT IS ORDERED** that nothing in the stipulation or this Order shall be admissible in any criminal matter reasonably related to the allegations contained in the civil forfeiture complaint filed in this action, absent specific approval and consent obtained in writing from Claimant. The Government has represented that it will not tender this agreement or any part thereof for the proposition that Claimant has admitted criminal liability or responsibility as the result of the terms of this agreement in the civil forfeiture action, whether termed an admission, confession, or statement against interest.

**IT IS FURTHER ORDERED** that the interest of Claimant in defendants number **10 and 11** is forfeited to the Government pursuant to the relevant portions of 21 U.S.C. § 881 as alleged in the complaint and stipulation. Defendants number **10 and 11** shall be disposed of by the United States Marshal according to law. The United States Marshal may recover the costs associated with defendants, including the cost of publication, administration, and storage from the defendants.

**IT IS FURTHER ORDERED** that defendants number **12, 13 and 14** shall be returned to Claimant, along with interest actually earned on the seized funds by the United States from the date the funds were deposited into a Treasury Account until the date the principal sum is distributed to Claimant.

Claimant has stipulated to and accepts the release of defendants number **12, 13 and 14** in full and complete satisfaction of the claims made by Claimant to the property seized by the DEA in this action. Claimant has also agreed to release and forever discharge the United States and the Department of Justice, the Drug Enforcement Administration, the United States Marshal and all officers, employees, contract employees, agents, and task force agents from any and all causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the above-captioned defendants.

While this Order is a partial judgment because it does not dispose of all of the interest of all parties in all defendants, this is a **FINAL JUDGMENT OF THE INTEREST OF PATRICK DIXON** regarding the named defendants for purposes of Fed.R.Civ.P. 54(b).

The Court finds that pursuant to the stipulation of the parties referenced above, that at the time of the seizure the agents investigating the acts described in the complaint had reasonable cause for the seizure of the funds, pursuant to 28 U.S.C. § 2465. The Court further finds that Claimant did not substantially prevail regarding the disposition of the defendant property included

herewith, but received the benefit of a settlement agreement which substantially served the ends of justice. Each party is responsible for their respective costs and attorney's fees.

DATED this 29th day of September, 2006.

_David K. Duncan_
United States Magistrate Judge